No. 1 for the trial of issues of fact according to its old date of issue and without the necessity of a new note of issue." As so modified, the order should be affirmed, with $10 costs and disbursements to the respondent.

BOOCOCK, Respondent, v. BOWEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Julia B. Boocock against Abner T. Bowen, impleaded with others. R. I. Kelly, for appellant. W. H. Wadhams, for respondent. No opinion. So much of order as is appealed from affirmed, with $10 costs and disbursements. Order filed.

BOTFELD, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Moses Botfeld against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Order of the Municipal Court affirmed, without costs, because we are without power to reverse it. See Wendin v. Brooklyn Heights R. R. Co., 111 App. Div. 390, 97 N. Y. Supp. 1073.

BRADLEY, Appellant, v. KELDERHOUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Frederick A. Bradley against John Kelderhouse. No opinion. Judgment and order affirmed, with costs.

BRENNAN, Appellant, v. MARRONE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Thomas Brennan against Michael Marrone and another. J. B. Mackie, for appellant. D. P. Hays, for respondents. No opinion. Order affirmed, with costs. Order filed.

BREWER v. BREWER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Edith A. N. Brewer against William S. Brewer. No opinion. Motion granted, with $10 costs. Order filed.

BREWSTER, Respondent, v. GOLDER, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Ulysses B. Brewster against Emma Golder, impleaded with others. R. R. Reed, for appellant. J. B. Boyle, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

In re BRIGGS AVE. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. November 13, 1908.) In the matter of the Briggs Avenue school site. No opinion. Motion granted. Settle order on notice.

BROCKPORT-HOLLEY WATER CO., Appellant, v. VILLAGE OF BROCKPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by the Brockport-Holley Water Company

against the village of Brockport. No opinion. Order affirmed, with $10 costs and disbursements.

BROOME COUNTY AGRICULTURAL SOCIETY, Respondent, v. BROOME COUNTY JOCKEY CLUB, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by the Broome County Agricultural Society against the Broome County Jockey Club.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., not voting.

BROWN, Appellant, v. NELSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Henry S. Brown against Ingemon Nelson and another. No opinion. Judgment affirmed, with costs.

BROWNE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by William F. Browne, by guardian, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BRUEN et al., Respondents, v. FUECHSEL, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Albert Bruen and another against Charles H. Fuechsel. C. M. Elliott, for appellant. Mr. Butler, for respondents. No opinion. Order modified, by striking out the imposition of costs as a condition of opening default, and, as so modified, affirmed, without costs. Settle order on notice.

BUNOMA, Appellant, v. SCHLITZER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Antonio Bunoma against Joseph H. Schlitzer. No opinion. Judgment affirmed, with costs.

BURNS, Respondent, v. DEGNON–McLEAN CO., Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Denis Burns against the Degnon-McLean Company. J. F. Donnelly, for appellant. J. B. Mackie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUTTERICK PUB. CO. v. CHABOT. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by the Butterick Publishing Company against Theodore J. Chabot. No opinion. Motion denied, with $10 costs. Order filed.

BYRNE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by James F. Byrne, as administrator, against the New York Central

& Hudson River Railroad Company. M. Gilligan, for appellant. O. B. Hayes, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT, J., dissents, voting for reversal.

BYRNE, Respondent, v. STRAUS et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. December 11, 1908.) Actions by Elvira J. Byrne and by Thomas F. Byrne against Isidor Straus and another. E. E. Wise, for appellants. H. C. Smyth, for respondent Elvira J. Byrne. No opinions. Judgment and order affirmed, with costs in each case. Orders filed.

CAMPBELL v. BLACK. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Elizabeth Campbell against Louis Black. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the defendant upon the nonsuit, with costs.

CANNELLA et al., Respondents, v. SELIGMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Joseph Cannella and another against Selig Seligman and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re CANTWELL. (Supreme Court, Appellate Division, Second Department. November 24, 1908.) In the matter of the application of Edward J. Cantwell for admission to the bar. No opinion. Application granted.

CARROLL, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by William J. Carroll against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied.

CASAREGOLA, Appellant, v. VAN BRUNT ST. & E. B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Vincenzo Casaregola, as administrator, etc., against the Van Brunt Street & Erie Basin Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

CASSADY, Appellant, v. AMERICAN LINSEED CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Frances Cassady, as administratrix, etc., against the American Linseed Company. No opinion. Judgment and order affirmed, with costs.

CAUGHEY, Appellant, v. LEWIS, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Clemens J. Caughey against Arthur B. Lewis. E. F. Harding, for appellant. W. L. Cannon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHILDS, Appellant, v. CHILDS, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Irving W. Childs against Gertrude E. Childs. No opinion. Order affirmed, with $10 costs and disbursements.

CHILDS, Respondent, v. CHILDS, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Gertrude E. Childs, by Arthur S. Westfall, her guardian ad litem, against Irving W. Childs. No opinion. Order affirmed, with $10 costs and disbursements.

In re CILLEY'S ESTATE. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) In the matter of the application for letters of administration on the estate of Frank Harvey Cilley, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs and disbursements.

CITY OF BUFFALO, Appellant, v. BUFFALO GAS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by the city of Buffalo against the Buffalo Gas Company.

PER CURIAM. Order (112 N. Y. Supp. 468) modified, so as to provide that the amount to be paid by the plaintiff shall be 70 cents per 1,000 feet, instead of 75 cents, and, as so modified, affirmed, without costs of this appeal to either party.

SPRING and KRUSE, JJ., dissent, and vote for affirmance.

CITY REAL ESTATE CO. et al. v. GREENWOOD et al. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by the City Real Estate Company and another against Samuel Greenwood and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

CLARK v. CHANLER. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Appeal from Trial Term, New York County. Action by William F. Clark against Lewis Stuyvesant Chanler. From an order denying a motion to vacate an order for defendant's examination before trial, he appeals. Modified and affirmed. Bronson Winthrop, for appellant. MacDonald De Witt, for respondent.

PER CURIAM. We think this order should be modified by restricting the examination to the authority given by the defendant to Manning, who, the plaintiff claims, was the defendant's agent. As so modified, the order should be affirmed, without costs.

CLARK, Respondent, v. WELLS FARGO & CO., Appellant. (Supreme Court, Appellate Di-